No. 12-15-00002-CR

O'Andrew Shelton
Appellant

§
§
§
§
§
§
§

In The Court of Appeals

12th Judicial District

At Tyler, Texas

vs.

The State of Texas
Appellee

FILED IN COURT OF APPEALS
12th Court of Appeals District

OCT 08 2015

TYLER TEXAS
PAM ESTES, CLERK

Motion For Acceptance of Late Brief

To The Honorable Court:

Now comes O'Andrew Shelton, Appellant, pro se, in the above entitled and numbered cause, and makes this Motion, and for good cause shows the following:

I.

Appellant's response to Brief in this matter was due on 30 September 2015 and is being filed concurrently with this motion.

II

While working on my response to Ander's Brief I have been in transit. (transit being; transferred from one facility/unit to another in accordance with the rules and regulations of T.D.C.J.'s processing and classification process), and this has greatly hindered my research. Since recieving my transcripts on 17 June 2015 I have not been able to conduct my research in a consistent manner nor within the appropriate time frame given due to being in transit and lack of access to the law library. Offenders in transit do not have the same privileges (consistent law library access, recreation, library, phone, day room, etc.) as the offenders who are assigned to that particular unit and are normally housed 22-23 hrs. a day. During transit/intake process I was being called out for several different appointments (medical, photo I.D., sociobey interviews, etc.) and these appointments conflict with law library time and take priority over law library requests.

The law library isn't an automatically granted request. We submit our request and await approval or denial, with offenders who are assigned to the unit, recieving first choice of seats/sessions. Each offender approved recieves a 2hr session 1 time per day. The operation of the law library depends upon staff from the unit to operate, the status of the unit at the time the request is made, as well as availability of seats/space in the law library. If we (unit) are on lockdown or short staffed there is no law library access on those days. I was in the Smith County Jail from 16 June 2015 until August 7, 2015 with no law library; Gurney Unit 7 August 2015 with no law library access; Byrd Unit from 11 August 2015 until 21 September 2015 with limited law library access in which I submitted evidence of to the court in August; Beto Unit 21 September 2015 to present in which I was accepted to attend the law library on 9/24/15, 9/25/15, 9/26/15, 9/29/15. We were on unit lockdown on 9/30/15 so there was no movement or law library access.

Further, while working on my brief I was awaiting information requested from attorney as well as trial court. Because of these things I was delayed in completing my response in this matter.

III

Prior extensions have been requested and it is respectfully prayed that the court take into consideration the circumstances concerning this filing and in the interest of justice, the court accept the response to brief filed with this motion.

Wherefore, premises considered, undersigned appellant respectfully prays that, in accordance with the applicable law, the court grant this motion and accept my response in this matter.

Respectfully submitted,

Q'Andrew Shelton
T.D.C.J. # 1981062
Beto Unit 1391 FM 3328
Tennessee Colony, Tx. 75880

# Certificate of Service

I hereby certify that on 1st day of October 2015, A true And correct copy of above And foregoing document was mailed to the Attorney for the State by U.S. First Class Mail Addressed to Michael J. West, Assistant District Attorney, 4th floor Courthouse, 100 N. Broadway, Tyler, Tx. 75702

O'Andrew Shelton
Appellant, pro se

I, O'Andrew Shelton, T.D.C.J. #1981062, being presently incarcerated At the Beto Unit in Tennesse Colony, Tx., verify And declare under penalty of perjury that the foregoing statements Are true And correct. Executed on this, the 1st day of October 2015.

O'Andrew Shelton
T.D.C.J. #1981062